UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

                                                  Case No. 06-20122
                                                  HON AVERN COHN

VINCENZO BRONZINO,

    Defendant.
_____/

## **ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Defendant has filed a motion to supplement the record on appeal to include government trial exhibits 1 to 13.  The motion is GRANTED.

SO ORDERED.


Dated:  January 7, 2009                       s/Avern Cohn
                                                             AVERN COHN
                                                              UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 7, 2009, by electronic and/or ordinary mail.

                                                                   s/Julie Owens
                                                                Case Manager, (313) 234-5160